**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 99-41484
Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**CHRIS DALE SHADDEN,**

**Defendant-Appellant.**

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:99-CR-53-ALL
--------------------
September 15, 2000

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Chris Dale Shadden challenges the sufficiency of the evidence to support his convictions for carjacking and using and carrying a firearm during a crime of violence. In particular, he contends that the Government failed to prove the "taking" element of the carjacking offense.

We have reviewed the record and briefs submitted by the parties and find that the evidence was sufficient to support the convictions.

**AFFIRMED.**

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.